UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV512 RWS |
| ) | |
| SWAN, INC., ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant SWAN Inc. is granted summary judgment in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2005.